IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | CHRISTOPHER VICKMAN, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | Civil Action No. CIV-18-132-HE |
| v. | | ) | |
| | | ) | |
| (1) | AMITY CARE, L.L.C. d/b/a | ) | |
| | GRACE LIVING CENTERS, | ) | |
| (2) | GRACE LIVING CENTERS d/b/a | ) | |
| | SENIOR VILLAGE, | ) | |
| | | ) | |
| | Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, Christopher Vickman, by and through his attorney of record, and pursuant to FRCP 41 hereby dismisses the above-styled and numbered cause against all Defendants with prejudice.

Dated this 24tht day of April, 2018.

Respectfully submitted,

S/Jeff Taylor
Jeff A. Taylor
State Bar No. 17210
5613 N. Classen Blvd
Oklahoma City, OK  73118
Telephone:   (405) 286-1600
Telecopy:    (405) 842-6132

COUNSEL FOR PLAINTIFF